IN THE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SARAH JO PENDER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO. 1:11-cv-511-TWP-MJD |
| ) | |
| PETER PECKHAM, *et.al.*, ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF'S MOTION FOR DISMISSAL WITHOUT PREJUDICE

Plaintiff, Sarah Pender, by counsel, Mark A. Earnest, pursuant to Rule 41(a), Federal Rules of Civil Procedure, requests the Court to grant her voluntary motion to dismiss this cause without prejudice. In support of this motion the Plaintiff would show the Court as follows:

1. Plaintiff has limited resources to fund litigation.

2. Recently, developments have transpired that cause Plaintiff to believe her limited resources are better spent on litigation in state court challenging her conviction (which is the basis of her current incarceration.)

3. By this Motion Plaintiff in no way means to convey or imply that the claims raised in her original complaint filed in this cause are non-meritorious. Plaintiff requests a dismissal without prejudice so that at some later time, if she feels necessary, she may further pursue the claims in this cause.

4. On Monday, May 14, 2012 undersigned counsel for Plaintiff, Mark A. Earnest, personally spoke with Mr. Wade Hornbacher, Esq., counsel for the Defendants, and told him of Plaintiff's intent to file this Motion and he stated that he would not object to it.

WHEREFORE, Plaintiff requests that the Court grant this Motion to dismiss this cause of action without prejudices and grant all other relief that is just and proper in the premises.

        Respectfully submitted,

        MARK A. EARNEST
        Earnest Law Office
        Attorney No. 17308-49

By:    */s/ Mark A. Earnest*
        Mark A. Earnest
        Atty. No. 17308-49
        Earnest Law Office
        610 Fifth Third Metro Center
        202 West Berry Street
        Fort Wayne, Indiana 46802
        Phone: (260) 428-2215
        Fax: (260) 440-3332
        Email: mark.earnest.law@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2012 I electronically filed the foregoing with the Clerk of the Court using the CM?ECF system. I hereby certify that on sent this document, through US first class mail, postage paid, to the following.

        */s/ Mark A. Earnest*
        Mark A. Earnest
        Attorney for Sarah Pender

Mr. Wade Hornbacher, Esq.
Deputy Attorney General
Office of the Indiana Attorney General
Indiana Government Center South, 5th Floor
302 W. Washington Street
Indianapolis, IN 46204-2770